IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-949-TDS-LPA

| | |
|---|---|
| OSK XIV, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TDC BLUE IV, LLC and ANTHONY H. DILWEG, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' AMENDED CORPORATE DISCLOSURE STATEMENT

NOW COME Defendants TDC Blue IV, LLC and Anthony H. Dilweg and submit this Amended Corporate Disclosure Statement pursuant to the Court's Memorandum Opinion and Order entered January 23, 2025. [DE 28] The individual members of Defendant TDC Blue IV, LLC and its affiliated corporate entities and their members and states of citizenship are as follows:

| TDC Blue IV, LLC (Defendant)(organized in the State of Delaware) ||
|---|---|
| TDC Blue II, LLC | Delaware |
| TDC Blue II, LLC (Parent) (organized in the State of Delaware) ||
| TDC Blue Member, LLC | Delaware |
| TDC Blue Member, LLC (Grandparent) (organized in the State of Delaware) ||
| Dilweg Blue Pledge Fund, LP | Delaware |
| Dilweg Capital, LLC | North Carolina |
| TDC Blue Venture, LLC | North Carolina |
| James B. Johnson | Georgia |
| Greg Brown | New York |
| L. Howard Brooks, Jr. | North Carolina |
| Monopoly Holdings, LLC | Florida |
| Hinsdale, LLC | Florida |
| Beatrice Alpert Revocable Trust | Florida |
| Myles Albert | Florida |
| Zach Ashton (Ashton Revocable Living Trust) | Florida |

| | |
|---|---|
| Dilweg Capital, LLC (Great-Grandparent) (organized in the State of North Carolina) | |
| Anthony Dilweg | North Carolina |
| Dilweg Blue Pledge (Great-Grandparent) (organized in the State of Delaware) | |
| Gothic Corporation | North Carolina |
| Gothic JBD, LLC | North Carolina |
| Gothic HSP Corporation | North Carolina |
| Gothic ERP, LLC | Georgia |
| TDC Blue Venture, LLC (Great-Grandparent) (organized in the State of North Carolina) | |
| Dilweg Capital, LLC | North Carolina |
| GO4G RE Opportunity, LLC | Delaware |

This the 3rd day of February, 2025.

RAGSDALE LIGGETT PLLC


BY: /s/ *William W. Pollock*
William W. Pollock
NC Bar No. 19381
Post Office Box 31507
Raleigh, NC 27622-1507
Telephone: (919) 787-5200
Facsimile: (919) 783-8991
Email: bpollock@rl-law.com
*Attorneys for Defendants*

2

4933-4483-6370, v. 2